IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
C/A No.: 4:12-cv-02279-RBH-KDW

| | |
|---|---|
| Jon Mark Fountain and<br>Dora S. Lee,<br><br>    Plaintiff,<br><br>v.<br><br>Town of Timmonsville, Darrick<br>Jackson and Curtis Harrison,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **STIPULATION OF DISMISSAL** |

**EXHIBIT A**

WHEREAS, the parties below in the above-referenced action have reached a satisfactory resolution of the issues contained therein and wish to end the same pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, and

WHEREAS, all parties hereto agree to bear their own costs and expenses associated with this action, NOW THEREFORE,

KNOW ALL MEN BY THESE PRESENTS, that the parties hereto, by and through their undersigned counsel agree to dismiss the Complaint in this action with prejudice.

FOLKENS LAW FIRM, P.A.

By: _____
  LOUIS D. NETTLES
  Attorney for Jon Mark Fountain

AIKEN, BRIDGES, ELLIOTT, TYLER
&amp; SALEEBY, P. A.

By: _____
  SAMUEL F. ARTHUR, III
  Attorney for the Defendants

By: _____
  ANITA R. FLOYD
  Attorney for Dora S. Lee